UNTIED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITES STATES OF AMERICA

v.                                                                                      Case No: 8:01-cr-256-T-24MAP

SANDRA L. HACKNEY
_____/

ORDER

This cause comes before the Court on a violation of supervised release.  Defendant Hackney was sentenced on December 18, 2001 for bank fraud.  Defendant Hackney received a sentence of twenty-one months of imprisonment, followed by sixty months of supervised release.  The special conditions of her supervised release included: (1) participation in a mental health program; (2) providing her probation officer access to any requested financial information; and (3) being prohibited from incurring new credit charges, opening additional lines of credit, or acquiring or obligating herself for any major purchases without the approval of her probation officer.  Defendant Hackney was ordered to pay $163,707.07 in restitution.

On August 8, 2005, the probation officer filed a petition with the Court stating that Defendant Hackney had violated her supervised release by: (1) failing to submit written monthly reports for the months of March 2005 through June 2005 (a violation of Standard Condition #2); (2) failing to submit truthful and complete monthly reports for the months of November 2004 through February 2005 regarding a 2001 Grand Cherokee Laredo that she owned or drove; (3) failing to make restitution payments; (4) failing to participate in mental health counseling (a violation of a special condition set forth in the Judgment); (5) failing to disclose financial information on July 1, 2005, as requested by her probation officer (a violation of a special condition set forth in the Judgment); (6) failing to answer her probation officer truthfully

regarding (a) the settlement of a lawsuit that she and her husband were involved in and (b) a 2001 Grand Cherokee Laredo (a violation of Standard Condition #3); (7) failing to work at a lawful occupation since March of 2005 (a violation of Standard Condition #5); and (8) acquiring or obligating herself for the major purchase of a 2001 Grand Cherokee Laredo without first obtaining the approval of her probation officer (a violation of a special condition set forth in the Judgment).

On September 9, 2005, the Court conducted a hearing. At the hearing, Defendant Hackney admitted to committing all of the violations described above, except for: (1) failing to submit truthful and complete monthly reports for the months of November 2004 through February 2005 regarding a 2001 Grand Cherokee Laredo that she owned or drove; and (2) acquiring or obligating herself for the major purchase of a 2001 Grand Cherokee Laredo without first obtaining the approval of her probation officer. Defendant Hackney stated at the hearing that she does not own or drive the 2001 Grand Cherokee Laredo; her husband purchased the vehicle, and he is the sole owner of it. As a result, the Court found that Defendant Hackney violated the terms and conditions of her supervised release by committing all of the violations described above that she admitted to committing. The Court continued sentencing for sixty days and scheduled a sentencing hearing for November 29, 2005.

While the Court finds that Defendant Hackney violated the terms and conditions of her supervised release by committing all of the violations described above that she admitted to committing, the Court will continue her on supervised release. However, the Court adds the additional condition to Defendant Hackney's supervised release that she make restitution payments in an amount of no less than $130.00 per month.

**DONE AND ORDERED** at Tampa, Florida this 29th day of November, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Donald Hansen, AUSA
Dionja Dyer, AFPD
U.S. Marshal Service
U.S. Probation Office